THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KARL KREIG,

        Plaintiff,

VS.

WALMART STORES, INC.

        Defendant.

3:CV-21-0074
(JUDGE MARIANI)

## ORDER

NOW, THIS 23rd DAY OF FEBRUARY, 2021, counsel having informed the Court in their Case Management Plan February 23, 2021 (Doc. 5), of their consent to jurisdiction by a Magistrate Judge of this Court, **IT IS HEREBY ORDERED THAT** the Clerk of Court is directed to reassign this action to Chief Magistrate Judge Karoline Mehalchick, who is to conduct all pretrial and trial proceedings in this case.

The Case Management Conference scheduled for March 3, 2021 is **CANCELLED,** and will be rescheduled by Chief Magistrate Judge Mehalchick at such time as she shall direct.

Robert D. Mariani
United States District Judge