UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KARL KREIG,<br><br>               Plaintiff<br><br>   v.<br><br>WALMART STORES, INC.,<br><br>              Defendant | CIVIL ACTION NO. 3:21-CV-74<br><br>(MEHALCHICK, M.J.) |

## CASE MANAGEMENT ORDER

AND NOW, this 6th day of April, 2021, having heard from the parties on a Joint Case Management Conference, IT IS HEREBY ORDERED that the following case management deadlines are established in the above-captioned matter:

1. This case is referred to court-annexed mediation in accordance with Standing Order 04-3, In Re Authorizing Systematic Random Mandatory Mediation Referrals in Certain Cases Types, (July 26, 2004).

2. The following individual is appointed to serve as the mediator in this action:

   Frank J. Brier, Esquire
   Myers Brier & Kelly LLP
   Suite 200
   425 Spruce Street
   Scranton, PA 18503
   (570) 342-6100
   FBrier@MWKlaw.com

3. The mediation conference shall be scheduled by the mediator after conferring with counsel and shall take place within the next sixty (60) days.

4. In accordance with M.D.Pa. Local Rule 16.8.3, the mediator's preparation time and the first six hours of mediation services shall be provided *pro bono*. After six hours of mediation, the parties and the mediator shall proceed in accordance with one of the courses of action outlined in L.R. 16.8.3(a).

5. **Discovery.** All discovery shall be completed by August 31, 2021. The parties are reminded that the Court expects counsel to make all reasonable efforts to resolve discovery disputes without Court involvement, and that a conference with the Court should be initiated prior to any discovery motion being filed. Per the parties' case management plan and the case management conference held before the Court, the parties agree to the following discovery parameters:

   a. <u>Depositions.</u> Plaintiff shall be allowed 10 depositions. Defendants, collectively, shall be allowed 10 depositions.

   b. <u>Interrogatories.</u> Plaintiff shall be allowed to serve 25 interrogatories. Each Defendant shall be allowed to serve 25 interrogatories.

   c. <u>Requests for Production</u>: Plaintiff shall be allowed to serve 25 requests for production of documents. Each Defendant shall be allowed to serve 25 requests for production of documents.

   d. <u>Requests for Admission</u>: Plaintiff shall be allowed to serve 25 requests for admission. Each Defendant shall be allowed to serve 25 requests for admission.

6. **Expert Discovery.**

   a. Plaintiff's Rule 26(a)(2) disclosures shall be made by August 31, 2021.

   b. Defendants' Rule 26(a)(2) disclosures shall be made by September 30, 2021.

   c. Any supplemental expert disclosures shall be produced by October 15, 2021.

   d. All expert witness depositions shall be completed by December 3, 2021.

7. **Dispositive Motions.** All dispositive motions, together with supporting briefs, shall be filed by December 10, 2021.

 

BY THE COURT:

**Date:  April 6, 2021**

*/s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**